32 A.3d 676

Wendell LONG, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Nov. 23, 2011.

No. 50 EAP 2010,

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of November, 2011, the Order of the Commonwealth Court is hereby **AFFIRMED.**